Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)



# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

Division

APR 2 3 2024
Clerk, U.S. District Court
Texas Eastern

Case No. 6:24 CV 147 JDK-JDL

*(to be filled in by the Clerk's Office)*

Kristeen Adams

*Plaintiff(s)*

-v-

Joseph M. Black IV in capacity of,
Harrison County Court of Law Judge
Rusty Drake & Jennifer Allen in capacity of
State Prosecutor(s)
Harrison County District Attorney's Office,
Harrison County Sheriff's Department (s)
James Kuler, Timothy Livingston, David J.
Newsom, Kevin Johnson, Sargent Fuller
and Constable Jim Weatherall
and Tanja M. Coleman`

*Defendant(s)*

Jury Trial:       Yes

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

### A. The Plaintiff(s)

| | |
|---|---|
| Name | Kristeen B. Adams |
| Address | 9791 Union Grove Rd |
| | Gladewater, Texas, 75647 |
| County | Upshur |
| Telephone Number | (903) 619-2390 |
| E-Mail Address | kristeenadams@yahoo.com |

### Defendant No. 1

| | |
|---|---|
| Name | Joseph M. Black IV |
| Job or Title *(if known)* | Harrison County Court of Law Judge |
| Address | 200 West Houston Suite 200 |
| | Marshall, Texas, 75670 |
| County | Harrison County |
| Telephone Number | None Available |
| E-Mail Address *(if known)* | None Available |

X  Official capacity

### Defendant No. 2

| | |
|---|---|
| Name | Rusty Drake |
| Job or Title *(if known)* | Prosecutor Harrison County District Attorney's Office |
| Address | 200 West Houston Suite 206 |
| | Marshall, Texas, 75670 |
| County | Harrison County |
| Telephone Number | (903) 935-8408 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

| | |
|---|---|
| E-Mail Address *(if known)* | None Available |

X   Official capacity

**Defendant No. 3**

| | |
|---|---|
| Name | Jessica Allen |
| Job or Title *(if known)* | Prosecutor at Harrison County Dist. Attorney Office |
| Address | 200 West Houston Suite 206 |
| | Marshall    Texas    75670 |
| County | Harrison County |
| Telephone Number | (903) 935-8404 |

X   Official capacity

**Defendant No. 4**

| | |
|---|---|
| Name | James Kuler |
| Job or Title *(if known)* | Corporal Deputy at Sheriff's Department |
| Address | 200 West Houston |
| | Marshall    Texas    75670 |
| County | Harrison County |
| Telephone Number | (903) 935-8404 |
| E-Mail Address *(if known)* | None Available |

X   Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

X   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

14th Amendment Right, Right to due process & Equal Protection
Protection from Excesive bond amounts, Protection from false arrest & Eviction during Pandimic

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attached document: A

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

4771 Rosewood Ln, Longview Texas 75605 & 4900 Rosewood Ln, Longview, Texas 75605

B. What date and approximate time did the events giving rise to your claim(s) occur?

July 2019

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Our family, friends and neighbors where all witness to the abuse inflicted upon our family. I was held in jail with no legal charges pending for over 9 days by Judge Joe Black. He refused to dismiss himself from my criminal cases while ruling over 3 family civil cases. His wife was Supervisor over the investigators involved in filling charges against me without any investigation being done.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Judge Joe Black continued to hold me on criminal charges of Evading arrest after Aquital of Criminal Tespass. Judge Joe Black refused to dismiss himself from my Criminal Cases while ruling over our family Civil Cases. Judge Joe Black would ask me questions regarding our family's civil cases while in court for criminal cases. I was given bonds over the amount required by law I was denied the right to Due Process, I was denied the right to file charges of theft by the Sheriff's Department, I was denied equal Protection. I was arrested on a Felony warrant, not in my name, then the charges were changed. I was made to bond out on a Felony charge. I was arrested by Kuler at my home with no warrant, then later released "complements of Judge Joe Black" and made to walk home 27 miles

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I am unable to gain employment due to the false charges brought against me, Charges show still pending. I have suffered mental abuse, harassment, and oppression and now fear all law enforcement. I am suffering mentally and emotionally with severe anxiety at the sight of law enforcement. I was subjected to continued embarrassment from the false charges brought on by my sister in law, ( a public school teacher), Wetherall forcibly removed me from my home and threatened arrest if I did not comply, I was never allowed to collect any property that I used to make a living with, Tanja Coleman disposed of all property in a dumpster. suffered homelessness and suffered the separation from my daughter during her Sr. year of school. My daughter has had to go through counseling due to the emotional effects of the unjust and illegal treatment and abusive force imposed upon me and my family

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Criminal charges brought against the people who are sworn to protect, I want all removed from public service, expungement of my record, I want a review of all Criminal and Civil Estate cases to bring further charges and violations against all Defendants, I want the maximum compensation allowed for the violations suffered by me and my family. I want all money paid for bonds returned. I do not want others to suffer at the hands of Judge Joe Black, James Kuler and all the others who were involved in the abuse of our family.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04-23-2024

Signature of Plaintiff: *Kristeen B. Adams*
Printed Name of Plaintiff: Kristeen B. Adams

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

| | |
|---|---|
| Name of Law Firm | |
| Address | |
| | *City*  *State*  *Zip Code* |
| Telephone Number | 903-619-2390 |
| E-mail Address | kristeenadams@yahoo.com |